## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Paul V., | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER** |
| | ) | |
| v. | ) | |
| | ) | |
| Commissioner of Social Security, | ) | Case No.: 1:22-cv-00019 |
| | ) | |
| Defendant. | ) | |

Plaintiff initiated this action in January 2022, seeking judicial review of the Commissioner's final decision denying his application for disability insurance benefits under Title II of the Social Security Act. (Doc. Nos. 1, 14). On October 31, 2024, the court granted in part and denied in part Plaintiff's motion for summary judgment and remanded the matter back to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. No. 22).

On January 29, 2025, Plaintiff filed a motion for award of attorney's fees. (Doc. No. 24). On February 10, 2025, the parties filed a stipulation regarding Plaintiff's motion. (Doc. No. 27). Therein, the parties stipulated that Plaintiff is awarded $8,450.49 in attorney's fees and expenses and compensated in the amount of $402.00 for filing fees. On February 11, 2025, the court deemed Plaintiff's motion moot and adopted the parties' stipulation. (Doc. No. 28).

On June 17, 2026, Plaintiff filed a *Motion for Attorneys Fees Pursuant to the Social Security Act § 206(b)(1) and 406(b)(1)*. (Doc. No. 30). He requests an award of $14,218.00, reduced by $8,450.49, which accounts for a full refund of the previously awarded EAJA fees, for a total of $5,767.51 in attorney's fees. The Commissioner's response indicated that while he neither

supports nor opposes the request for attorney's fees, he requests the court direct Plaintiff's counsel to reimburse Plaintiff any fees previously received under the EAJA. (Doc. No. 32).

Counsel satisfies the requirements for an award in that he represented Plaintiff before this court and Plaintiff became entitled to past-due benefits by reason of the court's judgment following additional proceedings on remand. Accordingly, the court **GRANTS** *the Plaintiff's Motion for Attorneys Fees Pursuant to the Social Security Act § 206(b)(1) and 406(b)(1)*. (Doc. No. 30). Plaintiff shall be awarded attorneys fees in the amount of $14.218.00. Of this amount, $8,450.49 shall be returned to Plaintiff to reimburse any fees previously received under the EAJA. The Clerk of Court shall enter judgment accordingly.

**IT IS SO ORDERED.**

Dated this 29th day of June, 2026.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court

2